# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Lee Reiber** | CASE INFORMATION:<br>Rule 5 Hearing |
| JUVENILE: No | RELATED COMPLAINT: Yes |
| PUBLIC or SEALED Public | CASE NUMBER: 2:26-mj-05499-DUTY |
| SERVICE TYPE: Warrant<br>(Summons/ Warrant/ Notice) | |
| ISSUE: No | County of Offense: Los Angeles |
| INTERPRETER: No | |
| If YES, language: | |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Criminal Complaint issued on September 18, 2026, by United States Magistrate Judge Karen L. Stevenson**

Felony: **Yes** Class A Misdemeanor: ______

______ Class B or C Misdemeanor: ______
(Petty Offense)

______

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| **18 U.S.C. § 1349** | **One** | **Conspiracy to Commit Wire Fraud** | **Not more than 20 years imprisonment, Not more than 3 years supervised release, Not more than $250,000 fine, $100 Special Assessment** |

Date: September 22, 2026

Assistant U.S. Attorney: DAVID LACHMAN
Telephone No.: 213-894-5564