Joshua D. Hurwit (ISB #9527)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: 208.342.5000
JDHurwit@hollandhart.com

*Attorney for Defendant Lee Reiber*

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEE REIBER,<br><br>Defendant. | Case No. 1:26-mj-00240-DKG<br><br>**NOTICE OF APPEARANCE** |

COMES NOW Joshua D. Hurwit, of the firm Holland & Hart LLP, and hereby enters his appearance on behalf of Defendant Lee Reiber in the above-captioned matter.

All further pleadings, notices, and correspondence in this matter should be served upon counsel at the address set forth above.

DATED: September 21, 2026

HOLLAND & HART LLP

By: */s/ Joshua D. Hurwit*
Joshua D. Hurwit
*Attorney for Defendant Lee Reiber*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Heather Patricco
Assistant United States Attorney
United States Attorney's Office
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Heather.Patricco@usdoj.gov

☒ CM/ECF Electronic Filing

*/s/ Joshua D. Hurwit*
Joshua D. Hurwit
HOLLAND & HART LLP

39610272_v2